CM/ECF hrgreaf1
(Rev. 07/28/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Brian Yount ) Case No.: 21–10200–JDW
       Debtor(s) ) Chapter: 7
        ) Judge: Jason D. Woodard
        )
        )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 4/27/21 at 10:29 AM

to consider and act upon the following:

*21* – Reaffirmation Agreement Between Debtor and Bank of Bartlett Filed by Benjamin D West on behalf of Bank of Bartlett. (West, Benjamin)

**PLEASE NOTE: Debtor(s) and the attorney for the debtor(s) shall be present for this hearing.**

Dated: 3/18/21

                                              Shallanda J. Clay
                                              Clerk, U.S. Bankruptcy Court

                                              BY: AOH
                                                    Deputy Clerk