**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  BRIAN YOUNT                                         CASE NO.: 21-10200-JDW

DEBTOR                                                      CHAPTER 7

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. 523
[Dkt. # 39]

(JDW)

THIS MATTER came before the Court on the Motion to Extend Deadline to File Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. § 523, filed by Swift Financial, LLC, as servicing agent for WebBank ("Swift") with no written objection filed thereto; and, the Court, having considered the Motion ~~and otherwise being fully advised in the premises,~~ finds that the Motion ~~is well taken and~~ should be granted.  It is therefore,

**ORDERED AND ADJDUGED** that Swift's Motion is granted and Swift's deadline to file a complaint to determine the dischargeability of debt pursuant to 11 U.S.C. § 523 is hereby extended for an additional thirty (30) days, to June 3, 2021.

###END OF ORDER###

Prepared and Submitted By:

Jason M. Kirschberg (MBN 104860)
Jeffery P. Reynolds (MBN 5305)
JEFFERY P. REYNOLDS, P.A.
P.O. Box 24597
Jackson, Mississippi 39225
Tel: (601) 355-7773
jason@jprpa.com
jeff@jprpa.com

1